**Alexandra O. Caval, ISB#7999**
**Caval Law Office, P.C.**
**P.O. Box 1716**
**Twin Falls, ID 83303-1716**
**T: 208.733.2035**
**F: 208.733.3919**
**alex@cavallawoffice.com**

*Attorney for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **CHANDRA ROBERTS,** | **CASE NO. 17-41155-JMM** |
| **Debtor.** | |

## MOTION TO CONVERT CASE TO CHAPTER 7

**NOW COME** the Debtor by and through their attorney, Alexandra O. Caval, and move this Court pursuant to 11 U.S.C. §1307(a) for an order converting the case to a case under Chapter 7 of the Bankruptcy Code. Debtors state the following:

1. The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on July 27, 2017 with her husband. The Debtor and her husband filed a chapter 13 because her husband's income was sufficiently high that it would have triggered the presumption of abuse in a chapter 7 filing. The Debtor was not employed when their joint chapter 13 case.

2. The Debtor and her husband experienced marital difficulties and ultimately separated on or about May 5, 2018. The Debtor and her husband divorced on or about March 21, 2019.

3. On or about July 26, 2019 the Debtor's joint chapter 13 case was bifurcated from her ex-husband's case. The Debtor's ex-husband continues to perform his chapter 13 plan.

4. The Debtor is still unemployed and does not have the ability to continue forward with her chapter 13 case. As a result, the Debtor believes that conversion to chapter 7 is in her best interest.

WHEREFORE, the Debtor respectfully request the Court to convert her case to a case under Chapter 7 of the Bankruptcy Code.

DATED this 14th day of August, 2019.

*/s/ Alexandra O. Caval*
Alexandra O. Caval, Attorney for the Debtor